1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ESQUIVEL-HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00911-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 14) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may may file an opening brief in support of his position of whether the Court should affirm, reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits.  42 U.S.C. 405(g).  For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through **December 30, 2025**, to file an opening brief.  The scheduling order (ECF No. 7) otherwise remains controlling.

IT IS SO ORDERED.

Dated:  __October 24, 2025__                                    _____

STANLEY A. BOONE
United States Magistrate Judge