# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ESQUIVEL-HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:25-cv-00911-SAB <br><br> ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> (ECF No. 19) |

Plaintiff Juan Carlos Esquivel-Hernandez commenced this action on July 25, 2025, challenging the Commissioner of Social Security's final decision denying his application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 9, 11, 12.) On January 26, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1.   This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 19);

2.   All pending dates and matters are VACATED; and

///

3.    Judgment shall be ENTERED in favor of Plaintiff Juan Carlos Esquivel-Hernandez and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2