# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ESQUIVEL-HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00911-SAB<br><br>ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO EAJA<br><br>(ECF Nos. 22, 23) |

Plaintiff Juan Carlos Esquivel-Hernandez commenced this action on August 25, 2025 challenging the Commissioner of Social Security's final decision denying his application for Social Security benefits.  (ECF No. 1.)  On January 26, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court entered judgment in favor of Plaintiff the following day.  (ECF Nos. 19, 20.)  On April 29, 2026, Plaintiff filed a motion for the award of attorney's fees in the amount of $4,962.43, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 22.)  On May 13, 2026, Defendant filed a non-opposition to Plaintiff's motion.  (ECF No. 23.)

The Court notes the typically the parties stipulate to the award of attorney's fees under the EAJA.  However, based on the Court's record and Defendant's non-opposition to the filed motion, the Court finds good cause to grant Plaintiff's motion.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for attorney fees (ECF No. 22) is GRANTED;

2.    Plaintiff is awarded attorney fees in the amount of $4,962.43 pursuant to the EAJA; and

3.    The award is without prejudice to the rights of counsel to seek attorney's fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2